**DISMISS and Opinion Filed January 30, 2023**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-01117-CV

**JESSICA HILL, INDIVIDUALLY AND AS REPRENTATIVE OF FOUR OF DECEDENT'S MINOR CHILDREN, HVH, SMH, JRH, AND KPH, Appellant**

**V.**

**XTC CABARET (DALLAS), INC. AND RCI HOSPITALITY HOLDINGS, INC., Appellees**

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-22-05437-D**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Goldstein
Opinion by Chief Justice Burns

By motion filed January 24, 2023, appellant informs the Court that the trial court granted her motion for reconsideration of the summary judgment that is the subject of this appeal and asks that we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

221117F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JESSICA HILL, INDIVIDUALLY AND AS REPRESENTATIVE OF FOUR OF DECEDENT'S MINOR CHILDREN, HVH, SMH, JRH, AND KPH, Appellant

No. 05-22-01117-CV      V.

XTC CABARET (DALLAS), INC. AND RCI HOSPITALITY HOLDINGS, INC., Appellees

On Appeal from the County Court at Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-22-05437-D.
Opinion delivered by Chief Justice Burns, Justices Pedersen, III and Goldstein participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees XTC Cabaret (Dallas), Inc. and RCI Hospitality Holdings, Inc. recover their costs, if any, of this appeal from Appellant Jessica Hill, Individually and as Representative of four of Decedent's minor children, HVH, SMH, JRH, and KPH.

Judgment entered January 30, 2023.